FILED
CLERK U.S. DISTRICT COURT
JUN 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WARREN PHILLIPS, | ) CV 08-169-R (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| MIKE EVANS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: June 18, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1